IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
DELTA DIVISION

**BRANDI LANE MASSEY**      **PLAINTIFF**

v.      **CIVIL ACTION NO. 2:12cv013-SAA**
     **LEAD CASE, CONSOLIDATED**

**MICHAEL J. MASSEY, TERRI MASSEY,
LYNDALE FARMS OF SENATOBIA, MISSISSIPPI,
A General Partnership, LYNDALE FARMS OF SENATOBIA,
MISSISSIPPI, INC., LYNDALE FARMS EQUIPMENT, LLC,
MICHAEL MASSEY, JR., LYNDALE FARMS (2004),
MICHAEL MASSEY, INC., MIKE AND MICHAEL, INC.;
MIKE AND ELIZABETH, INC., and LYNDALE FARMS (2009)**      **DEFENDANTS**

CONSOLIDATED WITH

**MICHAEL J. MASSEY, D/B/A LYNDALE
FARMS OF SENATOBIA, MISSISSIPPI**      **PLAINTIFF**

v.      **CIVIL ACTION NO. 2:12cv076-SAA**

**BRANDI LANE MASSEY AND
SYCAMORE BANK**      **DEFENDANTS**

**MICHAEL J. MASSEY, D/B/A LYNDALE
FARMS OF SENATOBIA, MISSISSIPPI**      **PLAINTIFF**

v.      **CIVIL ACTION NO. 2:12cv077-SAA**

**BRANDI LANE MASSEY AND
SYCAMORE BANK**      **DEFENDANTS**

**MICHAEL J. MASSEY, D/B/A LYNDALE
FARMS OF SENATOBIA, MISSISSIPPI**      **PLAINTIFF**

v.      **CIVIL ACTION NO. 2:12cv078-SAA**

**BRANDI LANE MASSEY AND
SYCAMORE BANK**      **DEFENDANTS**

**JUDGMENT DISMISSING ACTION
BY REASON OF SETTLEMENT**

The Court has been advised by counsel that this action has been settled or is in the

process of being settled. Therefore, it is not necessary that the action remain upon the calendar of the court.

**IT IS ORDERED** that the action is dismissed without prejudice. The court retains complete jurisdiction to vacate this order and to reopen the action upon cause shown that settlement has not been completed and further litigation is necessary.

This the 2nd day of November, 2015.

/s/ S. Allan Alexander
UNITED STATES MAGISTRATE JUDGE